FILED 2
JUN 06 2023
CLERK'S OFFICE
DETROIT

Dear Judge Cox,

My name is Demarquinn Ragland Case Number 2:20-cr-20414 and I am writing you in regards to getting credit for the time I was held in federal custody from The day I was indicted on September 16th of 2020 until December 14th of 2022, Which is the day the MDOC came and got me 2 months after I was sentenced.

On the day that I took my plea agreement, which I believe was June 5th 2022 my lawyer Joseph Arnone advised the court that he did not want there to be any dead time with the state for my parole violations and advised me to sign the Anti shuffling act so that the state would be able to come get me. On the day I got sentenced which I believe was October 14th 2022 it was adressed in Court that I get credit for all the time I was held in federal custody and the court said I would get credit for it and if I had a problem with the B.O.P. to contact my lawyer Mr. Arnone or the court and we would get it fixed!

I contacted Mr. Arnone through my wife Paige Paszkiet Ragland But I have not heard Back from him yet so now I'm contacting You Sir. I Dont know if I'm suppose to file a motion or not But the records Department at FCI Hazelton which is the facility I'm located at told me I need to contact my Judge and have him amend my Judgement of conviction to add the dates of the Time I am suppose to get credit for Because as of right now the B.O.P has me starting my sentence February 8th of 2023. Can you please help me sir.

"Thank you for your time"!

Respectfully presented

Date: 5-24-23

Signature: Demarquinn Ragland

"Please Respond Promptly"

Demarquinn Ragland 08689-509
FCI Hazelton
PO Box 5000
Bruceton Mills, WV 26525

LEGAL MAIL

PITTSBURGH PA 150
2 JUN 2023 PM 2 L

48226-270099

Clerk
231 west lafayette BLVD
Detroit, Mich. 48226