**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

                    Plaintiff,        Case No. 20-20414

v.                               Judith E. Levy
                                     United States District Judge

Demarquinn Ragland,

                                Mag. Judge Anthony P. Patti

                    Defendant.

_____/

**OPINION AND ORDER DENYING AS MOOT DEFENDANT'S**
**MOTION FOR APPOINTMENT OF COUNSEL [65]**

On September 24, 2025, Defendant Demarquinn Ragland filed a pro se motion for appointment of counsel. (ECF No. 65.) The motion asks for appointment of counsel "to represent and aid him in filing a proper motion to seek relief for time credit." (*Id.* at PageID.322.)

Defendant's motion is DENIED AS MOOT. Counsel made an appearance on behalf of Defendant on this issue. (ECF No. 70.)

IT IS SO ORDERED.

Dated: June 23, 2026             s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
